UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GERALD HAYDEN,

               Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION, SHANKER RAMAURTHY,
and PABLO SUAREZ,

               Defendants.
-----------------------------------------------------------------x

8/18/22

**ORDER OF REFERENCE TO A**
**MAGISTRATE JUDGE**

21 CV 2485 (VB)(JCM)

The above entitled action is referred to the Honorable Judith C. McCarthy, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| __X__ | GENERAL PRE-TRIAL (includes scheduling; discovery; non-dispositive pre-trial motions, and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE | ____ | SETTLEMENT * |
| ____ | JURY SELECTION | ____ | OTHER |

Dated: August 18, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

* Do not check if already referred for General Pre-Trial.