UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GERALD HAYDEN,
                Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION, SHANKER RAMAURTHY,
and PABLO SUAREZ,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 2485 (VB)

       By separate Order, this case will be referred to Magistrate Judge Judith C. McCarthy for general pretrial supervision, which will include resolution of the discovery disputes raised by plaintiff (Docs. ##38, 47) and defendants (Doc. #49). The Court's Order dated August 17, 2022, which directs defense counsel to respond in writing to plaintiff's letter motion dated August 17, 2022, is VACATED.

       Moreover, upon review of the premotion letters regarding discovery, and in the interest of judicial efficiency, the premotion conference scheduled for August 25, 2022, is CANCELLED. Defendants' request to move for summary judgment before the close of discovery is DENIED. Defendants may renew their motion for a premotion conference in anticipation of a summary judgment motion following the close of all discovery. **To be clear, the Court will not hold a conference on August 25, 2022.**

       The Clerk is directed to terminate the motions. (Docs. ##47, 49).

Dated: August 18, 2022
       White Plains, NY

SO ORDERED:

*Vincent L. Briccetti*
Vincent L. Briccetti
United States District Judge