# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: (212) 326-3893
syothers@jonesday.com

September 26, 2022

CM/ECF

Hon. Judith C. McCarthy
United States Magistrate Judge
300 Quarropas Street, Room 421
White Plains, NY 10601-4150

Re:  Hayden v. International Business Machines Corporation, et al., Case No. 7:21-cv-02485-VB

Dear Judge McCarthy:

      Defendants respectfully request a two day extension of time to respond to Plaintiff's September 23, 2022 letter setting forth remaining discovery issues relating to Plaintiff's requests for production (Dkt. 67).  The current deadline is Friday, September 30, 2022 (set by the Court on September 15, 2022).  Defendants request an extension of time to respond until and including Tuesday, October 4, 2022.  This is the first request to extend the deadline, and Plaintiff's counsel consents to the request if it does not impact the next conference date – set for October 12, 2022.

Respectfully submitted,

*/s/ Stuart W. Yothers*

Stuart W. Yothers

cc:    All counsel of record (via CM/ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON