# EXHIBIT 1

A. https://www.ibm.com/downloads/cas/JKJA41PW;
https://www.ibm.com/downloads/cas/VPGQAGEY;
https://www.ibm.com/downloads/cas/GVENYVP5

B. https://www.ibm.com/docs/en/bpm/8.5.5?topic=manager-business-process-overview

C. https://access.redhat.com/documentation/en-us/openshift_container_platform/4.10/html/architecture/index

D. https://web.archive.org/web/20120124024512/www-03.ibm.com/press/us/en/pressrelease/35291.wss

E. https://www.ibm.com/docs/en/odmoc?topic=overview-hybrid-cloud-environments

F. https://www.ibm.com/docs/en/cpfs?topic=about-cloud-paks

G. https://appexchange.salesforce.com/appxListingDetail?listingId=a0N3A00000FA85IUAT;
https://appexchange.salesforce.com/appxListingDetail?listingId=a0N3A00000FA85DUAT;
https://appexchange.salesforce.com/appxListingDetail?listingId=a0N3A00000FA853UAD

H. https://web.archive.org/web/20201203120800/https://www.ibm.com/services/resources/intelligent-workflows/

I. https://www.ibm.com/thought-leadership/institute-business-value/en-us

J. https://mediacenter.ibm.com/channel/Industry+Platforms+Unit/114478142