# EXHIBIT 2

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2            CIVIL ACTION NUMBER 7:21-cv-02485-VB
 3   - - - - - - - - - - - - - - - - - x
     GERALD HAYDEN,                    :
 4                                     :
            Plaintiff,                 :
 5                                     :
            vs.                        :
 6                                     :
     INTERNATIONAL BUSINESS MACHINES   :
 7   CORPORATION, PABLO SUAREZ and     :
     SHANKER RAMAMURTHY,               :
 8                                     :
            Defendants.                :
 9   - - - - - - - - - - - - - - - - - x
10
11            Veritext Virtual Zoom Videotaped
12   Deposition of GERALD HAYDEN, taken on Thursday, May
13   12, 2022, held at Stone & Magnanini, 400 Connell
14   Drive, Suite 6200, Berkeley Heights, New Jersey,
15   commencing at 9:06 a.m., before Jamie I. Moskowitz,
16   a Certified Court Reporter and Certified Livenote
17   Reporter.
18
19
20
21
22
23
24
25
```

Page 54

    1        So to handle that in A2E, I integrate
    2   with your certified financial planner.  Certified --
    3   as you probably know, a certified financial planner
    4   is supposed to look at your total financial array.
    5   You got the right insurance policy, you got the
    6   right coverage, you got the lowest price.  Only
    7   about 4 percent of certified financial planners do
    8   that, even though they're all supposed to do it.
    9        So by knowing that and knowing the
   10   prediction of failure, 90 -- over 95 percent of
   11   failures is due to cash flow.
   12           THE COURT REPORTER:  Due to cash
   13      flow...
   14           THE WITNESS:  Cash flow.  Cash flow
   15      problems.
   16   BY MR. YOTHERS:
   17      Q     So let's turn to the slide in here
   18   that has the Bates number GH46.
   19           That says "Why Junos" in the center
   20   there, right?
   21      A     Yes.
   22      Q     What is Junos?
   23      A     Junos is the operating system for
   24   Juniper Networks.
   25      Q     And was that something that Juniper

Page 55

    1   Networks sold to customers or clients?
    2      A     That's the way they do their
    3   technologies.  One operating -- a single operating
    4   system.
    5      Q     And did Junos incorporate any aspects
    6   of A2E?
    7      A     No.  It had nothing to do with their
    8   technology, it had to do with selling it.
    9      Q     So A2E was useful in selling Junos, it
   10   wasn't part of Junos?
   11      A     Correct.
   12      Q     And then I look at this fourth bullet
   13   point here, it says, "Connecting any and all data
   14   centers facilitated"; do you see that?
   15      A     Yes.
   16      Q     That looks like number 4 on slide 9
   17   that we were just looking at; is that right?
   18      A     It's related.  They're close cousins,
   19   yes.
   20      Q     And then if you turn with me to the
   21   slide that says GH48 on the upper right.
   22      A     You know, I should qualify, this is
   23   visionary.  Junos doesn't do hybrid cloud, to make
   24   that clear, okay?  You can't do A2E without hybrid
   25   cloud.  Junos did not have hybrid cloud.  Hybrid

Page 56

    1   cloud wasn't even really around.
    2      Q     Are you saying hybrid or hyper?
    3      A     Hybrid.
    4      Q     Hybrid?
    5      A     As in IBM Red Hat.
    6      Q     When did IBM cloud first come into
    7   existence?
    8      A     I couldn't tell you that.  I'd have to
    9   look it up.  It's 10 less.  Maybe 10 years.
   10      Q     But you couldn't do A2E until there
   11   was hybrid cloud?
   12      A     I could execute on A2E by giving a
   13   vision.  Because when you sell to executives, the
   14   first question a CIO will ask you is, what's your
   15   roadmap.  In other words, not what you're giving me
   16   today, what you're going to go in the future.  So
   17   you have to give them that vision so they know,
   18   yeah, you know, that's right, this keeps me on the
   19   path.  That's part of how you sell.
   20      Q     So it was only a vision until hybrid
   21   cloud came, and then that provided the technology to
   22   actually do --
   23           THE COURT REPORTER:  I'm sorry, excuse
   24      me.  And that provided...
   25

Page 57

    1   BY MR. YOTHERS:
    2      Q     -- the technology to implement A2E; is
    3   that right?
    4           MR. STONE:  Please, you gotta pause a
    5      little bit so you give me an opportunity to
    6      hear the question --
    7           THE WITNESS:  Okay.
    8           MR. STONE:  -- and object.  And also
    9      we want a record where you're not talking over
   10      him.
   11           THE WITNESS:  Yeah.
   12           MR. STONE:  So just pause until he
   13      finishes the question, give me an opportunity
   14      to object.  Thank you.
   15   BY MR. YOTHERS:
   16      Q     Yeah.  So I was just asking, at the
   17   time it was a vision, back in 2009, and it was the
   18   arrival of hybrid cloud that provided the technology
   19   to implement A2E; is that right?
   20      A     No.  You could implement certain
   21   things of A2E, but you could certainly use parts of
   22   A2E without hybrid cloud.  But in order to run the
   23   whole formula is a dependency on hybrid cloud.
   24   That's why IBM bought Red Hat.
   25      Q     And if we --

15 (Pages 54 - 57)