UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GERALD HAYDEN,

                        Plaintiff,                            **ORDER**

    -against-                                 21 Civ. 2485 (VB)(JCM)

INTERNATIOAL BUSINESS MACHINES
CORPORATION, SHANKER RAMAURTHY,
and PABLO SUAREZ,

                       Defendants.
------------------------------------------------------X

        The Court having So Ordered the parties' Amended Protective Order Dated November 15, 2022, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (a) Section 6 of the Court's Electronic Case Filing Rules & Instructions, and (b) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: November 15, 2022
         White Plains, New York

                                                       **SO ORDERED:**

                                                         _____
                                                         JUDITH C. McCARTHY
                                                         United States Magistrate Judge