# Exhibit 1

Provisionally Filed under Seal Pursuant to Dkt. No. 116