# EXHIBIT B

|   | **Original Deponent List** | **August 17, 2023 List** |
|---|---|---|
| 1. | Shanker Ramamurthy (Deposition Notice served May 6, 2022) Deposition occurred September 7, 2023 ||
| 2. | Pablo Suarez (Deposition Notice served May 6, 2022) Deposition scheduled for September 27, 2023 ||
| 3. | Anthony Lipp (Deposition Notice served May 24, 2022) * Mr. Lipp left IBM on August 7, 2023 ||
| 4. | William Fuessler (Notice of Subpoena served June 10, 2022) Deposition scheduled for September 14, 2023 ||
| 5. | Tom Eck (Notice of Subpoena served June 10, 2022) * Mr. Eck left IBM in September 2020 ||
| 6. | Jean-Stéphane Payraudeau (Deposition Notice served May 24, 2022) | Mark Foster (not yet subpoenaed, but IBM will produce him; Plaintiff rejected September 19) |
| 7. | Sarah Diamond (Notice of Subpoena served June 10, 2022) | Peter Korsten (not yet noticed, but IBM will produce him; Plaintiff accepted September 22) |
| 8. | Michael Andrud (Notice of Subpoena served June 10, 2022 | Jesus Mantas (not yet noticed, but IBM will produce him; offered September 22) |
| 9. | Bethel Desmond (Notice of Subpoena served June 10, 2022 | Chae An (not yet subpoenaed, but IBM will produce him; Plaintiff rejected September 20)<br><br>- or -<br><br>Bridget van Kralingen (not yet subpoenaed) * Ms. van Kralingen left IBM in 2021 |
| 10. | 30(b)(6) Deposition Notice (served May 24, 2022) | Amended 30(b)(6) Notice (served August 31, 2023) |