# EXHIBIT C

**Kurtenbach, Collin**

| | |
|---|---|
| **From:** | Julio Gomez <JGomez@smcomplex.com> |
| **Sent:** | Thursday, August 17, 2023 5:19 PM |
| **To:** | Yothers, Stuart W.; David Stone |
| **Cc:** | Ryan, Colleen Noonan; Holmes, Jacqueline M.; Kurtenbach, Collin; Robert Magnanini; Robert Goodman; Stephen Schweizer; Tara Saybe; Vanessa Espinal; Jiji Kabsi |
| **Subject:** | Hayden v. IBM - deposition scheduling |

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Stuart,

In addition to a Fed. R. Civ. P. 30(b)(6) deposition, Plaintiff's current list of potential deponents includes:

1. Shanker Ramamurthy
2. Pablo Suarez
3. Anthony Lipp
4. William Fuessler
5. Tom Eck
6. Mark Foster
7. Peter Korsten
8. Jesus Mantas
9. Chae An or Bridget Van Kralingen

Please advise if your firm represents and will accept service of subpoenas for the non-parties listed.

Plaintiff reserves the right to amend this list if individuals are not available.

We will send dates for the depositions defendants are seeking as soon as we can.

Thank you.

**Julio C. Gomez**

**STONE & MAGNANINI LLP**
400 Connell Drive, Suite 6200
Berkeley Heights, NJ 07922
P 973-218-1309 / F 973-218-1106 / C 908-468-1068
jgomez@smcomplex.com

This transmission in intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

If you have received this communication in error, please notify us immediately via e-mail at Postmaster@smcomplex.com or by telephone at 1-973-218-1111.  Thank you.

**From:** Yothers, Stuart W. <syothers@jonesday.com>
**Sent:** Thursday, August 17, 2023 2:19 PM
**To:** David Stone <DStone@smcomplex.com>
**Cc:** Julio Gomez <JGomez@smcomplex.com>; Ryan, Colleen Noonan <cnryan@jonesday.com>; Holmes, Jacqueline M. <jholmes@JonesDay.com>; Kurtenbach, Collin <ckurtenbach@jonesday.com>; Robert Magnanini <RMagnanini@smcomplex.com>; Robert Goodman <RGoodman@smcomplex.com>; Stephen Schweizer <SSchweizer@smcomplex.com>; Tara Saybe <TSaybe@smcomplex.com>; Vanessa Espinal <VEspinal@smcomplex.com>; Jiji Kabsi <JKabsi@smcomplex.com>
**Subject:** RE: Hayden v. IBM - deposition scheduling

David,

Some of the individuals plaintiff has noticed travel extensively and have limited availability before October 6.  We are working to obtain dates for each of the individuals you noticed and we would like to get a schedule put in place as soon as possible.  Jean-Stéphane Payraudeau is available on September 6, 2023, and Shanker Ramamurthy is available on September 7, 2023.  We will follow-up with you as soon as we have dates for others, and we would appreciate receiving dates for the individuals you are representing.

Thanks,

Stuart W. Yothers (bio)
Partner
JONES DAY® - One Firm Worldwide℠
250 Vesey Street
New York, NY  10281-1047
Office +1.212.326.3893

**From:** David Stone <DStone@smcomplex.com>
**Sent:** Tuesday, August 15, 2023 2:56 PM
**To:** Yothers, Stuart W. <syothers@jonesday.com>
**Cc:** Julio Gomez <JGomez@smcomplex.com>; Ryan, Colleen Noonan <cnryan@jonesday.com>; Holmes, Jacqueline M. <jholmes@JonesDay.com>; Kurtenbach, Collin <ckurtenbach@jonesday.com>; Robert Magnanini <RMagnanini@smcomplex.com>; Robert Goodman <RGoodman@smcomplex.com>; Stephen Schweizer <SSchweizer@smcomplex.com>; Tara Saybe <TSaybe@smcomplex.com>; Vanessa Espinal <VEspinal@smcomplex.com>; Jiji Kabsi <JKabsi@smcomplex.com>
**Subject:** Re: Hayden v. IBM - deposition scheduling

Stuart we noticed a number of depositions as well that need to be scheduled. We can provide more details tomorrow

Sent from my iPhone

> On Aug 15, 2023, at 1:58 PM, Yothers, Stuart W. <syothers@jonesday.com> wrote:
>
> All:
>
> Due to travel schedules and the amount of time remaining in fact discovery, we would like to get the depositions scheduled.  Please confirm that you will be ready to begin depositions by September 1.  If so, we will work to provide available dates between September 1 and October 6 for the IBM individuals

you have noticed for deposition.  Mr. Cummings' counsel has confirmed his deposition for next Thursday, August 24, in Manchester, NH.  With respect to Messrs. Bingham, Cohen, Gotlieb and Trinh, please let us know their available dates.  Additionally, please let us know what dates Mr. Hayden is available.

Thanks,
Stuart

Stuart W. Yothers (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY  10281-1047
Office +1.212.326.3893

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***