# STONE MAGNANINI

## COMPLEX LITIGATION

September 14, 2023

**CM/ECF**
Hon. Judith C. McCarthy
United States Magistrate Judge
300 Quarropas Street, Room 421
White Plains, NY 10601-4150

Re:   *Hayden v. International Business Machines Corp., et al.*,
      7:21-cv-02485-VB-JCM

Dear Judge McCarthy:

      Pursuant to Your Honor's instructions at yesterday's Case Management Conference, I write on behalf of Plaintiff in the above Action to enclose the attached Order Allowing Alternative Service on third party Thomas Eck, which Your Honor indicated that You would grant since other methods of service have been exhausted during yesterday's Case Management Conference. Thank you for the Court's attention to this matter and continued courtesies.

      Respectfully submitted,

      */s/ Robert A. Magnanini*
      Robert A. Magnanini
      STONE & MAGNANINI, LLP
      *Counsel for Plaintiff Gerald Hayden*

CC: ALL COUNSEL OF RECORD (VIA ECF)