UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD HAYDEN,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, PABLO SUAREZ and SHANKER RAMAMURTHY,<br><br>Defendants. | Civil Action No.7:21-CV-02485-VB<br><br>**ORDER ALLOWING**<br>**ALTERNATIVE SERVICE** |

Upon due consideration of Plaintiff's motion for Alternative Service at the September 13, 2023, status conference, at which all appearing parties were heard, it is hereby **ORDERED**:

1. That Plaintiff's Motion for Alternative Service is GRANTED, and Plaintiff is permitted to serve the deponent, Thomas Eck ("Deponent"), by alternative means calculated to bestow timely actual notice.

2. That these alternative means may include, but are not limited to:

   a. Attaching a duplicate copy of the subpoena and this Order to the door of Deponent's known residence;

   b. Mailing a duplicate copy of the subpoena and this Order to the Deponent's known residence by certified and regular mail;

   c. Emailing a copy of the subpoena and this Order to the Deponent's business email address.

3. Upon completion of such service, the Plaintiff shall promptly submit to this Court an affidavit detailing the executed service.

IT IS SO ORDERED this <u>14th</u> day of September, 2023.

_____
HON. JUDITH C. McCARTHY
MAGISTRATE JUDGE
U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK