UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GERALD HAYDEN,

                                  Plaintiff,                    **ORDER**

        -against-                                               21 Civ. 2485 (VB)(JCM)

INTERNATIONAL BUSINESS MACHINES
CORPORATION, INC., *et al.*,

                                Defendants.
-------------------------------------------------------------x

       On November 3, 2023, at a conference before the undersigned, the Court directed the parties to submit a joint letter by 4:00 p.m. on November 10, 2023 setting forth each side's position regarding the reopening of discovery and directed Plaintiff provide his position to Defendants by November 8, 2023. Given that November 10, 2023 is a federal holiday, the Court amends the deadlines as follows: (1) The parties' joint letter is due by 5:00 p.m. on November 9, 2023, and (2) Plaintiff's position must be provided to Defendants by 5:00 p.m. on November 7, 2023.

Dated: November 3, 2023
       White Plains, New York

                                                           **SO ORDERED:**

                                                         _____
                                                         JUDITH C. McCARTHY
                                                        United States Magistrate Judge