UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GERALD HAYDEN,

                                Plaintiff,

              -against-

INTERNATIONAL BUSINESS
MACHINES CORPORATION, PABLO
SUAREZ and SHANKER RAMAMURTHY,

                            Defendants.
------------------------------------------------------X

**ORDER**

21 Civ. 2485 (VB)(JCM)

      The Court is in receipt of Plaintiff's letters, dated December 13, 2023 and December 15, 2023, (Docket Nos. 195; 196), disputing the sufficiency of Defendants' production of documents pursuant to the Court's December 7, 2023 Order. (Docket No. 193).

      Defendants are directed to file a single response to Plaintiff's letters, not to exceed five double-spaced pages, by the close of business on December 18, 2023.

Dated:   December 15, 2023
          White Plains, New York

                       **SO ORDERED:**

                       _____
                       JUDITH C. McCARTHY
                       United States Magistrate Judge