# STONE MAGNANINI

## COMPLEX LITIGATION

April 17, 2024

**VIA CM/ECF**
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

Re:   *Hayden v. IBM et al.*, Case No. 7:21-cv-02485-VB

Dear Judge Briccetti:

    We write on behalf of Plaintiff to request, pursuant to Section 3(B) of Your Honor's Individual Practices, leave to redact certain portions of Plaintiff's response to Defendants' pre-motion letter requesting leave to file a motion for summary judgment, as well as to file under seal certain materials attached as exhibits. Plaintiff's response to Defendants' pre-motion letter is being contemporaneously filed.

    The materials that Plaintiff seeks to file under seal are deposition transcripts and other documents designated as Confidential or Highly Confidential - Attorneys' Eyes Only under the Amended Protective Order in this case (Dkt. 79). These materials were either designated as Confidential or Highly Confidential - Attorneys' Eyes Only by Defendants or reflect information contained in documents so designated. The redacted portions of Plaintiff's response letter similarly reflect information designated by Defendants as Confidential or Highly Confidential. In accordance with Section 3(B) of your Honor's Individual Practices, Plaintiff contacted counsel for Defendants to advise them that we intended to submit a letter-motion requesting leave to redact from the publicly-filed version of Plaintiff's response information that had been previously designated Confidential or Highly Confidential - Attorneys' Eyes Only by Defendants and to file under seal certain documents attached as exhibits that had been similarly so designated. In so doing, Plaintiff is following the practice that the parties have followed under Magistrate Judge McCarthy.

                                                  Respectfully submitted,

                                                  /s/ *David S. Stone*
                                                  David S. Stone
                                                  Senior Managing Partner

cc: All counsel of record (via ECF)