UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GERALD HAYDEN,
               Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION, PABLO SUAREZ, and
SHANKER RAMAMURTHY,
               Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 2485 (VB)

      As discussed at a conference held on the record today at which counsel for both parties appeared, it is HEREBY ORDERED:

1. By **July 17, 2025**, defendants shall file a joint letter advising the Court as to the parties' positions regarding the parties' joint letter motions to seal. (Docs. ##258, 292).

2. By **September 10, 2025**, plaintiff shall file a joint letter advising the Court as to: (i) the status of negotiations regarding settlement and (ii) whether the parties have engaged or intend to engage a private mediator.

3. The next case management conference is scheduled for **October 30, 2025, at 12:30 p.m.**

Dated: July 10, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge