# STONE MAGNANINI
## COMPLEX LITIGATION

September 10, 2025

**VIA CM/ECF**
Hon. Vincent L. Briccetti, U.S.D.J.
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

      Re:    ***Hayden v. International Business Machines Corporation et al.***,
                 Case No. 7:21-cv-02485-VB

Dear Judge Briccetti:

     Pursuant to Your Honor's July 10, 2025 Order (Dkt. 308), the parties have met and conferred and agreed to hire a private mediator to mediate resolution of the remaining claims.

     To that end, the parties have reviewed and evaluated their respective suggestions for a private mediator and narrowed the field to two competent and experienced mediators. The parties have reached out to their offices and are awaiting a response on a conflict check and their availability for a mediation in the next few months. Once they reply, we will decide on a mediator and schedule the mediation. We are aiming to try to schedule the mediation for some time in October or November.

     Once we have agreed on a Mediator and scheduled a date for mediation, we will report to the Court. Given mediator and party availability, the mediation may occur after the next scheduled conference on October 30. With the Court's permission, the parties will update the Court by September 26, 2025 regarding the scheduled mediation date and any request to continue the October 30 conference.

                                                                                   Very truly yours,

                                                                                *s/David S. Stone*
                                                                                David S. Stone
                                                                                Senior Managing Partner

cc: All Counsel of Record (via ECF)