UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GERALD HAYDEN,                                    :
               Plaintiff,                    :
                              :
v.                                                :    **ORDER**
                              :
INTERNATIONAL BUSINESS MACHINES      :    21 CV 2485 (VB)
CORPORATION, PABLO SUAREZ, and       :
SHANKER RAMAMURTHY,                  :
               Defendants.                  :
------------------------------------------------------------x

      In an Opinion and Order dated May 8, 2026 ("Opinion"), the Court granted in part and

denied in part defendants' motion to exclude or, in the alternative, bifurcate.  The Opinion, as

filed on the public docket, contains a number of redactions of information the Court has ordered

sealed.  The Court will file an unredacted version of the Opinion under seal, and Chambers will

separately provide a copy of same to all counsel.

Dated:  May 8, 2026
        White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge