UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GERALD HAYDEN,

                Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION, PABLO SUAREZ, and
SHANKER RAMAMURTHY,

                Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-26

**ORDER**

21 CV 2485 (VB)

As discussed at a conference held on the record today at which counsel for all parties appeared, it is HEREBY ORDERED:

1.    By **June 25, 2026**, the parties shall submit a joint letter updating the Court on the status of settlement discussions.

2.    In the event the case does not settle, the Court will conduct a case management conference on **July 16, 2026, at 9:30 a.m.**, to be held at the White Plains courthouse, Courtroom 620.

Dated: June 11, 2026
      White Plains, NY

                    SO ORDERED:

                    _____
                    Vincent L. Briccetti
                    United States District Judge